```
 1  SEYFARTH SHAW LLP
    Jamie C. Pollaci (SBN 244659)
 2  jpollaci@seyfarth.com
    Eric W. May (SBN 264733)
 3  emay@seyfarth.com
    2029 Century Park East, Suite 3500
 4  Los Angeles, California 90067-3021
    Telephone:  (310) 277-7200
 5  Facsimile:  (310) 201-5219

 6  Attorneys for Defendant
    DS SERVICES OF AMERICA, INC.
 7
    KORON & PODOLSKY, LLP
 8  Boris Koron (SBN 271327)
    bkoron@koronpodolsky.com
 9  Daniel J. Podolsky (SBN 272183)
    dpodolsky@koronpodolsky.com
10  18801 Ventura Boulevard, Suite 208
    Tarzana, California 91356
11  Telephone:  (818) 514-1013
    Facsimile:  (818) 514-1016
12
    Attorneys for Plaintiff
13  CARLOS A SESTI
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARLOS A. SESTI,<br><br>   Plaintiff,<br><br>v.<br><br>DS SERVICES OF AMERICA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-01263-MCS-JPR<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, INCLUDING ALL CLAIMS ASSERTED BY PLAINTIFF CARLOS A. SESTI, WITH PREJUDICE**<br><br>Complaint Filed:  December 2, 2020<br>Trial Date:        May 31, 2022 |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Carlos A. Sesti ("Plaintiff") and Defendant DS Services of America, Inc. ("Defendant") (collectively, the "Parties") by and through the undersigned counsel of record, hereby stipulate to the dismissal with prejudice of the claims asserted by Plaintiff against Defendant, with each party to bear its/his own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 27, 2021                 SEYFARTH SHAW LLP

By: /s/ Jamie C. Pollaci
Jamie C. Pollaci
Eric W. May
Attorneys for Defendant
DS SERVICES OF AMERICA, INC.

DATED: August 16, 2021                    KORON & PODOLSKY, LLP
By: _____
Borris Koron
Daniel J. Podolsky
Attorneys for Plaintiff
CARLOS A SESTI

### ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document certifies that all other signatories listed, on whose behalf the filing is submitted, concur in the content of the filing and have authorized the filing.